UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL DUNN | CIVIL ACTION NO. 6:21-CV-01535 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| RANDY FONTENOT ET AL | MAGISTRATE JUDGE DAVID J. AYO |

**ORDER**

In considering Plaintiff's Motion to Compel (Rec. Doc. 46) pending before the Court, the Court has reviewed the emails regarding the unresolved discovery issues provided by Mr. Mardian in response to the Court's request at the in-person hearing on December 14, 2022. However, the Court cannot determine from the emails which issues have not been resolved. Accordingly,

IT IS ORDERED that the parties conduct a Rule 37.1 conference in order to reassess the issues left to be resolved by the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel is DENIED without prejudice to the right of Plaintiff to re-urge the Motion to Compel to the extent necessary after the Rule 37.1 conference is held.

Signed at Lafayette, Louisiana on this 8th day of March, 2023.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE