UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL DUNN,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY FONTENOT, VICTOR FONTENOT, RYAN YOUNG, CITY OF EUNICE, and JOHN DOE,<br><br>    Defendants. | Civ. A. No.: 6:21-cv-01535<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE DAVID. J AYO |

## ORDER

Considering the foregoing Motion to Adopt Former Chief of Police of Eunice Police Department Randy Fontenot's Motion for a More Definite Statement;

IT IS ORDERED that the Motion to Adopt Former Chief of Police of Eunice Police Department Randy Fontenot's Motion for a More Definite Statement on behalf of Ryan Young is hereby granted.

Lafayette, Louisiana this 18th day of September, 2023.

_____
David J. Ayo
United States Magistrate Judge