# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **MICHAEL DUNN** | **CIVIL ACTION NO. 6:21-CV-01535** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **RANDY FONTENOT, ET AL** | **MAG. JUDGE DAVID J. AYO** |

## MOTION IN LIMINE TO EXCLUDE TESTIMONY
## AND EXPERT REPORT OF PLAINTIFF'S EXPERT, MARK S. DUNSTON

NOW INTO COURT, through undersigned counsel, comes Defendant, the CITY OF EUNICE, who respectfully moves this Honorable Court to exclude Mark S. Dunston as an expert for the reasons more fully set forth in the accompanying Memorandum in Support.

Respectfully submitted,

BECKER & HEBERT, LLC

By: _s/Michael D. Hebert_
MICHAEL D. HEBERT (17297)
JAMES P. DOHERTY, III (25651)
201 Rue Beauregard
Lafayette, Louisiana 70508
(337) 233-1987
(337) 235-1748 (facsimile)
mhebert@lawbecker.com
james@lawbecker.com

Counsel for Defendant, CITY OF EUNICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of February, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

        BECKER & HEBERT, LLC

        /s/ Michael D. Hebert
        MICHAEL D. HEBERT