| | |
|---|---|
| LT. MICHAEL DUNN | EUNICE MUNICIPAL FIRE AND POLICE CIVIL SERVICE BOARD |
| vs. | |
| CITY OF EUNICE | |

## CONSENT JUDGMENT

NOW INTO THE BOARD comes Appellant, Lt. Michael Dunn, and Appellee, City of Eunice, who present to the Eunice Municipal Fire and Police Civil Service Board ("Board"), through undersigned respective counsel, and on suggestion to the Court that;

The parties represent that they have reached a resolution of the June 19, 2020 Notice of Appeal ("Appeal") filed with the Board as follows:

AND NOW THEREFOR, the law and evidence being in favor thereof and for the reasons this day orally assigned;

IT IS ORDERED, ADJUDGED AND DECREED that the Appeal is granted, and the City of Eunice shall pay Appellant, Lt. Michael Dunn, back pay as prayed for in the Appeal, in the amount of $473.20 per month from June 12, 2020 through April 15, 2021, for a total amount of $4,779.32.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the K-9 that Appellant was previously caring for and handler of shall be transferred as additional consideration and/or donated by the City of Eunice to Appellant, Lt. Michael Dunn, subject to Lt. Dunn's acceptance of said transfer/donation, and the City of Eunice shall pay all boarding, veterinarian, and any other expenses that accrued/accumulated during the time the City of Eunice was in possession of the K-9, up to and until possession of the K-9 is surrendered to Lt. Dunn.

JUDGMENT RENDERED AND SIGNED in Eunice, Louisiana, on this the _____ day of _____, 2021.

_____
CHAIRMAN, EUNICE MUNICIPAL FIRE
AND POLICE CIVIL SERVICE BOARD

**EXHIBIT C**

CityofEunice_Dunn_0003580

CONFIDENTIAL

RESPECTFULLY SUBMITTED BY:

_____
Aaron Green – Bar No. 30530
PO Box 12730
Alexandria LA 71301
Attorney for Appellant

_____
Charles Stanislaus Feucht – Bar No. 35724
440 N. 2nd Street
Eunice, Louisiana 70535
Attorney for Appellee, City of Eunice

_____
Lt. Michael Dunn, Appellant

CityofEunice_Dunn_0003581