```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF LOUISIANA

 3


 4
     MICHAEL DUNN
 5                                          Civ. A. No.
     vs.                                    6:21-cv-05135
 6
     RANDY FONTENOT, VICTOR
 7   FONTENOT, RYAN YOUNG,
     CITY OF EUNICE, AND JOHN
 8   DOE

 9   * * * * * * * * * * * * * * * * * * * * * * * * *

10


11


12                 VIDEOTAPED DEPOSITION OF
                        RANDY FONTENOT
13
                       January 30, 2025
14


15              Held at Eunice City Hall
                    300 E. 2nd Street
16              Eunice, Louisiana  70526


17


18              (Beginning at 9:11 a.m.)

19


20


21   Reported by:

22   Rita A. DeRouen, CCR, RPR
     (CCR #2014018)
23   (RPR #006908)

24


25
```



EXHIBIT D

1      Q.   And in your email to Chief Murray you
2  didn't mention anything about the dog being used
3  in other jurisdictions, right?
4      A.   No.
5      Q.   If you flip down to the page ending
6  2276.
7      A.   Okay.
8      Q.   Do you see that on September 21, 2020,
9  you sent an email to Ronnie Murray where you
10 wrote, "The council still has not made a decision,
11 although I have dismantled the program"?
12     A.   Yes.
13     Q.   So after you dismantled the program but
14 before the council made the decision, was
15 Lieutenant Dunn still using the K-9?
16     A.   I'm not sure.  I'd have to look at the
17 dates of everything to compare.  Apparently he was
18 not using the K-9 at this time because I show it
19 was being housed at LA K-9, Louisiana K-9.
20     Q.   And do you have any understanding of
21 whether EPD was still paying for the K-9 while it
22 was being housed at this other location?
23     A.   I think the way I understood it, my
24 understanding, was that Lieutenant Dunn had made
25 arrangements with LA K-9.  Because before that the



```
 1   dog was housed at a local vet, and Lieutenant Dunn
 2   had made arrangements with LA K-9 that he was
 3   supposedly going to hold him at no charge to the
 4   City, to the best of my recollection.
 5              So the council moved the dog from -- or
 6   they authorized the removal of the dog from the
 7   vet here to LA K-9, where the last I heard, the
 8   dog was still -- last I heard, the dog was still
 9   there.  I don't know if it's still there or not
10   now, what happened to it.
11       Q.   You continue, quote, "One councilwoman
12   wants to wait on a civil service determination
13   even after I informed the council the Civil
14   Service Board has nothing to do with the K-9
15   program."
16              Do you see that?
17       A.   Yes.
18       Q.   Do you know why you said that?
19       A.   Probably because that's what was
20   happening at the time.
21       Q.   Ronnie Murray replies to you, "Chief, I
22   was just letting you know I'm still interested and
23   I understand the issues you're having.  I have the
24   same issues at times, but the good thing is we are
25   not civil service and I can usually reason with my
```



```
 1                    REPORTER'S CERTIFICATE
 2              I, Rita A. DeRouen, Registered
 3    Professional Reporter (RPR #6908) and Certified
 4    Court Reporter (Certificate #2014018) in and for
 5    the State of Louisiana, as the officer before whom
 6    this testimony was taken, do hereby certify that
 7    on January 30, 2025, in the above-entitled and
 8    numbered cause, the deposition of RANDY FONTENOT,
 9    after having been duly sworn by me upon authority
10    of R.S. 37:2554, did testify as hereinbefore set
11    forth in the foregoing 391 pages;
12
13              That this testimony was reported by me
14    in stenographic shorthand, was prepared and
15    transcribed by me or under my personal direction
16    and supervision, and is a true and correct
17    transcript to the best of my ability and
18    understanding;
19
20              That the transcript has been prepared in
21    compliance with transcript format guidelines
22    required by statute or by rules of the board;
23
24              That I have acted in compliance with the
25    prohibition on contractual relationships, as
```



```
 1   defined by Louisiana Code of Civil Procedure
 2   Article 1434 and in rules and advisory opinions of
 3   the board;
 4
 5          That I am not of Counsel, nor related to
 6   any person participating in this cause, and am in
 7   no way interested in the outcome of this event.
 8
 9          SIGNED THIS 11th DAY OF FEBRUARY, 2025.
10
11
12          Rita DeRouen
13          RITA A. DEROUEN
            Registered Professional Reporter
14          Certified Court Reporter
15
16
17
18
19
20
21
22
23
24
25
```

