```
 1                  UNITED STATES DISTRICT COURT

 2                  WESTERN DISTRICT OF LOUISIANA

 3


 4   MICHAEL DUNN,
                                        CIVIL ACTION NO.
 5            Plaintiff,                6:21-cv-01535

 6       v.

 7   RANDY FONTENOT, VICTOR
     FONTENOT, RYAN YOUNG,
 8   CITY OF EUNICE, and
     JOHN DOE,
 9
              Defendants.
10

11

12   * * * * * * * * * * * * * * * * * * * * * * * * *

13         TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

14                   CHASE MICHAEL GODEAUX,

15   TAKEN ON BEHALF OF PLAINTIFF, REPORTED IN THE ABOVE

16   ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA,

17   CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

18   * * * * * * * * * * * * * * * * * * * * * * * * *

19

20         REPORTED AT:

21         DOUBLETREE BY HILTON LAFAYETTE

22         1521 WEST PINHOOK ROAD

23         LAFAYETTE, LOUISIANA  70503

24

25         COMMENCING AT 10:23 A.M., ON JUNE 26, 2023.
```



EXHIBIT E

```
 1   that that's why the dog was being taken away from
 2   Lieutenant Dunn?
 3        A.   One of the reasons.
 4        Q.   So help me out here.  I'm a little confused.
 5   If there wasn't enough money to operate the K9 unit and
 6   the dog needed to be taken away from Lieutenant Dunn,
 7   why would the dog then be offered to you?  Isn't that
 8   the same amount of money being spent?
 9        A.   I believe so.  But if I'm not mistaken, the
10   dog was offered to me before the talk of not having
11   enough money to upkeep the dog.
12        Q.   What happened with the dog after, then?
13        A.   If I'm not mistaken, they was -- so they end
14   up retiring him and end up staying with Lieutenant
15   Dunn.
16        Q.   So you said that you viewed this as a form of
17   punishment, taking the K9 way from Lieutenant Dunn,
18   correct?
19        A.   Correct.
20        Q.   Did other people at the Eunice Police
21   Department view this as a form of punishment?
22             MR. DOHERTY:  Objection; calls for
23        speculation.
24        A.   Some did; some didn't.
25   BY MS. HIGGINS:
```



```
 1                    REPORTER'S CERTIFICATE

 2         I, YOLANDA J. PENA, Certified Court Reporter in
      and for the State of Louisiana, Registered
 3    Professional Reporter, and as the officer before whom
      this testimony was taken, do hereby certify that CHASE
 4    MICHAEL GODEAUX, after having been duly sworn by me
      upon authority of R.S. 37:2554, did testify as set
 5    forth in the foregoing 272 pages.
           I further certify that said testimony was reported
 6    by me in the Stenotype reporting method, was prepared
      and transcribed by me or under my direction and
 7    supervision, and is a true and correct transcript to
      the best of my ability and understanding.
 8         I further certify that the transcript has been
      prepared in compliance with transcript format
 9    guidelines required by statute or by rules of the
      board and that I have been informed about the complete
10    arrangement, financial or otherwise, with the person
      or entity making arrangements for deposition services.
11         I further certify that I have acted in compliance
      with the prohibition on contractual relationships, as
12    defined by Louisiana Code of Civil Procedure Article
      1434, and in rules and advisory opinions of the board.
13         I further certify that I am not an attorney or
      counsel for any of the parties, that I am neither
14    related to nor employed by any attorney or counsel
      connected with this action, and that I have no
15    financial interest in the outcome of this matter.
           This certificate is valid only for this
16    transcript, accompanied by my original signature and
      original raised seal on this page.
17
           Prairieville, Louisiana, this 7th day of July,
18    2023.

19

20

21

22                         _____
                           YOLANDA J. PENA, CCR, RPR
23                         CCR NO. 2017002, RPR NO. 907346

24

25
```

