**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**MICHAEL DUNN**                                  **CIV. A. NO.: 6:21-CV-01535**

**VERSUS**

                                                   **JUDGE ROBERT R. SUMMERHAYS**

**VICTOR FONTENOT, RYAN YOUNG,**
**and CITY OF EUNICE**                            **MAGISTRATE JUDGE DAVID J. AYO**

**MOTION FOR SUMMARY JUDGMENT**
**ON BEHALF OF DEFENDANT, LT. RYAN YOUNG**

NOW INTO COURT, through undersigned counsel, comes Defendant, Lt. Ryan Young, who respectfully moves for summary judgment to dismiss the claims in this lawsuit brought against him by Plaintiff, Michael Dunn, for the reasons set forth in the supporting Memorandum and exhibits submitted with this motion, along with the Statement of Uncontested Material Facts.

**WHEREFORE,** Defendant, Lt. Ryan Young, prays his Motion for Summary Judgment be granted and all claims against him in this action be dismissed with prejudice, at Plaintiff's costs.

Respectfully submitted,

**NEUNERPATE**

/s/ Robert E. Torian
**JASON T. REED** (#28733)
(jreed@neunerpate.com)
**ROBERT E. TORIAN** (#18468)
(rtorian@neunerpate.com)
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, LA  70503
Telephone: (337) 237-7000
Facsimile: (337) 233-9450
**Counsel for Defendant, Lt. Ryan Young**

-1-

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Motion for Summary Judgment was filed electronically with the Clerk of Court and all parties through counsel of record, if represented, and individually if not represented, using the CM/ECF system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

Lafayette, Louisiana, this 24th day of February, 2026.

/s/ Robert E. Torian
COUNSEL