# VILAR & GREEN

### ATTORNEYS AT LAW

Mark F. Vilar
Aaron L. Green
Misty A. Prudhomme

A Limited Liability Company
1450 Dorchester Drive · P.O. Box 12730
Alexandria, Louisiana 71315-2730
Telephone (318) 442-9533 · Fax (318) 442-9532
Writer's E-mail: aaron@vglaw.net

OF COUNSEL
R. Christopher Nevils
Loren M. Lampert
Jerry W. Deason, Jr.
Paul Boudreaux, Jr.

June 19, 2020

**Certified Mail No. 9414 7118 9956 3956 2370 65**
**Return Receipt Requested and Regular U.S. Mail**

Eunice Municipal Fire and Police Civil Service Board
Merline Bollich, Board Secretary
P. O. Box 352
Eunice LA 70535-0352

> Re:   Lt. Michael Dunn v. City of Eunice
> **Notice of Appeal to Eunice Civil Service Board**

Dear Civil Service Board:

Our office represents Lt. Michael Dunn. Lt. Dunn is a regular employee in the classified service. Please be advised that pursuant to the Municipal Fire and Police Civil Service Law, Louisiana Revised Statutes 33:2531, *et seq.*, Lt. Dunn hereby appeals the disciplinary action taken against him on or about June 12, 2020.

Lt. Dunn unlawfully received a reduction in pay of approximately $473.20 per month related to his position as a K-9 officer. There was no investigation. Lt. Dunn did not receive written notice of the action taken as mandated by applicable law. The action taken against Lt. Dunn was not taken in good faith and for just cause. Further, on information and belief, this action was taken by the Chief of Police for the Eunice Police Department in retaliation for reporting his suspected criminal violations and that of other officers. Further, this action is similar to prior unlawful disciplinary action taken by the Chief of Police, which was appropriately reversed by this Board. Lt. Dunn further shows that he has unlawfully been the target of harassment and intimidation by the Chief of Police due to his reporting of the suspected criminal violations noted above. This recent disciplinary action is just the latest example.

The Disciplinary Action taken against Lt. Dunn failed to comply with Louisiana Civil Service Law, including the Police Officers Bill of Rights. The Appointing Authority failed to furnish Lt. Dunn with a statement in writing of the action and the complete reasons therefor. La. R.S. 33:2500(D). *Jones v. City of Pineville*, 09-1227 (La. App. 3 Cir. 4/7/10); 34 So.3d 452. The City failed to open an investigation or conduct a pre-disciplinary hearing. Additionally, Lt. Dunn did not commit any infraction warranting disciplinary action.

**EXHIBIT C**

*Exhibit 12*

CONFIDENTIAL

DUNN_0000067

**VILAR & GREEN**

June 19, 2020
Page 2

The Disciplinary Action imposed by the City was arbitrary, unreasonable, without just cause or any basis in fact or law, and was not made in good faith. Lt. Dunn prays that this Board conduct a hearing and investigation of both the unlawful disciplinary action taken against him and the ongoing instances of retaliation, harassment and intimidation Lt. Dunn has been forced to endure. At the conclusion of said investigation, Lt. Dunn prays that the Board reverse the Disciplinary Action taken against him, and award attorney's fees, costs, and any further relief to which he may be entitled and will deter future unlawful actions against him.

Please return a stamped, receipted copy of this letter to the undersigned in the enclosed self-addressed envelope. We trust that you will disburse this Notice of Appeal to the appropriate individuals with the City.

Please contact our office should you have any questions.

Sincerely,

VILAR & GREEN, L.L.C.

By: _____

**Aaron L. Green**

ALG/bdw

cc:    Lt. Michael Dunn
       411 N. 2nd Street
       Eunice, LA 70535

       City of Eunice Police Department - via fax: 337-457-6589 and U.S. Mail
       Attn: Chief Joseph R. Fontenot
       300 S. 2nd Street
       Eunice, LA 70535

       City of Eunice Mayor's Office - via fax: 337-457-6506 and U.S. Mail
       Attn: Mayor Scott Fontenot
       300 S. 2nd Street
       Eunice, LA 70535

       Vernon McManus - via fax: 337-457-4781 and U.S. Mail
       City of Eunice Attorney
       230 S. 3rd Street
       Eunice, LA 70535

CONFIDENTIAL

DUNN_0000068