Notice of Appeal of Disciplinary Action

5/10/2022

: To the Eunice Municipal Fire and Police Civil Service Board

On May 3, 2022, I, Lt. Michael Dunn, a fulltime employee of the classified service, came to work to fill the position of Shift Lieutenant, due to the fact the assigned supervisor, Lt. Mary Guillory, was on sick leave. It should be known that I am the only shift supervisor that is not on sick leave or family leave.

At approximately 0710 hours, Deputy Chief Tony Kennedy ordered me to the office. DC T. Kennedy informed me that per Chief Randy Fontenot I was ordered to leave for the day. I was further ordered I was not allowed to work any overtime during day shift and only at night. I respectfully informed DC T. Kennedy the reason I came to work was due to there being an open Lieutenant slot and the shifts were shorthanded. DC T. Kennedy informed me that I was correct that there was an open Lieutenant slot, but Chief Randy Fontenot gave the order to send me home due to many supervisors were working. I advised DC T. Kennedy I would follow the order but deemed it to be disciplinary due to the fact other lower ranking supervisors (2) were being allowed to work in my classification.

Due to this disciplinary action, I lost 9.45 hours ($272.44) of overtime pay and unknown amount of other overtime hours. I am approximately losing (9) 6-hour shifts (54) hours ($1,556.82). I am also losing approximately (9) 12-hour shifts (108) hours ($3,113.64). The total approximate value of time lost is ($4,942.90), just in the month of May.

Facts that should be known:

According to Civil service Law, a lower ranked subordinate cannot work in a higher rank position unless the person of that rank is not available to work in that class.

The excuse to disguise the disciplinary action that Lt. Young was working. Since being employed at the Eunice Police Department, even under Chief Randy Fontenot, the shift commander and the chief of detectives have always worked during the day and in the absence of the assigned shift commander another shift commander is called to fill the slot. It should be further noted for over 11 years, at any given time 1 to 4 lieutenants and 1 to 4 sergeants working during the day, which makes the excuse a moot point. This can also be corroborated by police shift logs.

Lt. Jeremy Ivory and other road supervisors have been allowed to cover both day shifts logging hundreds of hours of overtime. Lt. Ivory also informed me he wished for me to help his shift while he was out on family leave. This can also be corroborated by police shift logs.

Being forced to only work nights on my days off to help further puts a burden on my family, which I have informed R. Fontenot several times of this issues, as well as DC Kennedy.

As of this time there are three open lieutenant slots and I am being forced to work only one night shift and weekends if I want overtime, while lower ranked persons are being allowed to work the position on day during the week. This can also be corroborated by police shift logs.

Lt. Ivory, who is now on leave, and Sgt. Doyle being allowed to work on days and allowed to covered both day shifts while I am being forced to work nights.

**EXHIBIT H**

According to the logs, Lt. Ryan Young (Chief of Detectives) had not worked as a shift commander, except twice in approximately 6 months, where no other road supervisors (Patrol Lieutenants) were available to work the position. On Lt. Young's time sheets, he claims the reason he is working so many hours of overtime is to work on shift. I have personal knowledge when I was on days for approximately 6 months, and verified with both day shifts employees and Lt. Ivory this is false and Lt. Young or other administration personnel rarely help the short-staffed shifts and never work at night or on weekends. It needs to be known that Lt. Young is allowed to work outside his normal hours of 8am to 4:30pm and work 5am to 5pm. This allows Lt. Young to log 34 plus hours of overtime a pay period, which has been occurring at least 6 months prior to this action. This can also be corroborated by police shift logs.

R. Fontenot called other members of the night shift May 3, 2022, upset because I did not report to duty until 7:30pm instead of 5pm on my day-off. When questioned, informed Dc Kennedy I had to wait on my wife to get home to watch the kids and he and R. Fontenot are more than aware of the issues with my family being forced to work only nights.

R. Fontenot was complaining wanting to know why I was not answering calls. It should be known that answering calls and taking reports are the responsibility of the patrolman class and not of the Lieutenant class. I feel this is one of the reasons I am being punished is not volunteering to work out of my class. If in fact we want to work any overtime we must work out of our class. I told Dc Kennedy once Lt. Ivory returns to work and allowed to stay on days and work over on the other day shift it will provide me with more than enough evidence to file a civil service appeal about being forced to only work at night; Dc Kennedy agreed.

I informed Dc Kennedy that I spoke with Lt. Young on May 3, approximately 6pm, to see if he was relieving me in the morning if he is the acting shift commander. According to Lt. Young he stated he would be at work but R. Fontenot did not tell him to relieve me.

It should also be noted an email Lt. Ivory sent out a few weeks prior, April 25, 2022, asking for help during the day.

The excuse to disguise the disciplinary action is due to budgetary issues. It should also be noted that as of May 10, 2022, other employees of lower ranks, at least one working in the class of Lieutenant, are still being allowed to work when I am being denied to work. It should be further noted that I was involved in officer involved shooting in 2017 and was forced to stay at work due to being shorthanded, but we have less employees than we did then. Based on this information the excuse of budgetary issues is a moot point. This can also be corroborated by police shift logs.

The action taken against me failed to comply with Louisiana Civil Service Law, including the Police Officers Bill of Rights, and was arbitrary, unreasonable, without just cause or any basis in fact or law, and was not made in good faith. Moreover, the action was not taken by the Appointing Authority and in violation of Louisiana Revised Statutes 33:2549. Further, the actions taken were made deliberately to discriminate and retaliate against me.

This Board has jurisdiction over this appeal and request for investigation pursuant to La. R.S. 33:2561, La. R.S. 33:2549 and La. R.S. 33:2537. Furthermore, the Board has the right and duty to review and investigate this matter under La. R.S. 33:2537.

I am seeking as relief to be treated fairly without unjust disciplinary action and allowed to work inside my class and when there is an open Lieutenant slot, be compensated for hours lost, return to a day shift *or* rotation-based schedule, and attorney's fees.

I will seek hiring an attorney and will be forwarding their information as soon as I do.

Lt. Michael Dunn

CC:

City of Eunice Police Department
Attn: Chief Randy Fontenot
300 South 2nd Street
Eunice, La 70535

City of Eunice Mayor's Office
Attn: Mayor Scott Fontenot
300 South 2nd Street
Eunice, La 70535

Stan Feucht
City of Eunice Attorney
440 N 2nd Street
Eunice, LA 70535