## EUNICE POLICE DEPARTMENT STATEMENT

Page 1 of 1

Incident Number _____

Date of Statement 7.22.2020 Time 1726 AM (PM)    Place CID

I, Josh Dyar _____ am 39 years of age and my address is
_____ Eunice ___ LA . 70535

Physical address    (no PO BOX)    City    State    Zip

___81    _____

Date of Birth    Phone Number    Driver License / State

officer

I would pay 1000 weekly Dunn Down Hwy 13 in grey 5.0
The nite the cops hit i got a call telling me
that the people would be coming. I gave 700
Because i was short of money but i haven't heard
Back from him in while. He wouldn't talk much
always in rush. But i lost my phone that i
would get text from him.
officer Dunn haven't seen him in couple months

THIS STATEMENT, TO THE BEST OF MY KNOWLEDGE, IS A TRUE AND CORRECT ACCOUNT OF MY RECOLLECTION OF THE ABOVE DESCRIBED INCIDENT.

Josh Dyar

Signature of Person Giving Statement

Officer's Signature: _____    Badge # 357    Supervisor's Initial _____

REMEMBER TO ATTACH MIRANDA WARNING TO STATEMENT WHEN NEEDED

NOTHING SHOULD BE WRITTEN ON BACK OF THIS STATEMENT FORM