**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

|  |  |
|---|---|
| MICHAEL DUNN,<br><br>    Plaintiff,<br><br>        v.<br><br>RANDY FONTENOT, VICTOR FONTENOT,<br>RYAN YOUNG, CITY OF EUNICE, and<br>JOHN DOE,<br><br>    Defendants. | Civ. A. No.: 6:21-cv-01535<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE DAVID. J AYO |

### VICTOR FONTENOT'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT WITH MOTION TO ADOPT CITY OF EUNICE MEMORANDUM AND EXHIBITS

Victor Fontenot is a former Officer for the City of Eunice Police Department. Victor Fontenot moves to submit a supplemental memorandum in further opposition to Plaintiff's Partial Motion for Summary Judgment by adopting the City of Eunice's Memorandum and Exhibits.

Based upon the foregoing, Victor Fontenot hereby moves to adopt City of Eunice's Memorandum and Exhibits in further opposition to Plaintiff's Partial Motion for Summary Judgment. The City of Eunice's Memorandum and Exhibits in Opposition to Plaintiff's Partial Motion for Summary Judgment in connection with this matter are contained in Document 272, and Exhibits 272-1 through 272-21.

WHEREFORE, the defendant, VICTOR FONTENOT, prays that after all due proceedings be had, Victor Fontenot's motion to adopt the City of Eunice's Memorandum and

Exhibits in further opposition to Plaintiff's Partial Motion for Summary Judgment in connection with this matter and which are contained in Document 272, and Exhibits 272-1 through 272-21, be adopted and granted.

Defendant, VICTOR FONTENOT, further prays that Plaintiff's Motion for Partial Summary Judgment be dismissed, with prejudice, as to all claims made against Victor Fontenot,

Respectfully submitted,

STAMEY LAW FIRM, LLC

/s/ Joseph B. Stamey
JOSEPH B. STAMEY (#17815)
joe@stameylawfirm.com
727 Second Street
Natchitoches, LA 71457
Telephone: (318) 352-4559
Fax: (318) 352-0071
Counsel for Victor Fontenot

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court and all parties through counsel of record, if represented, and individually if not represented, using the CM/ECF system.

Natchitoches, Louisiana, this 17th day of March 2026.

/s/ Joseph B. Stamey
COUNSEL