**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| MICHAEL DUNN,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>RANDY FONTENOT, VICTOR FONTENOT, RYAN YOUNG, CITY OF EUNICE, and JOHN DOE,<br><br>　　　Defendants. | Civ. A. No.: 6:21-cv-01535<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE DAVID. J AYO |

**ORDER**

Considering the foregoing Motion by Victor Fontenot to Adopt the City of Eunice's Memorandum and Exhibits in further opposition to Plaintiff's Partial Motion for Summary Judgment connection with this matter and which are contained in Document 272, and Exhibits 272-1 through 272-21;

IT IS ORDERED that Victor Fontenot's Motion to Adopt the City of Eunice's Memorandum and Exhibits in further opposition to Plaintiff's Partial Motion for Summary Judgment in connection with this matter and which are contained in Document 272, and Exhibits 272-1 through 272-21, is hereby granted.

Lafayette, Louisiana this _____ day of _____, 2026.

_____
JUDGE

Page 1 of 1