**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

|  |  |
|---|---|
| MICHAEL DUNN,<br><br>Plaintiff,<br><br>v.<br><br>RANDY FONTENOT, VICTOR FONTENOT, RYAN YOUNG, CITY OF EUNICE, and JOHN DOE,<br><br>Defendants. | Civ. A. No.: 6:21-cv-01535<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE DAVID J. AYO |

**DECLARATION OF AMIT BHATLA, ESQ. IN SUPPORT OF PLAINTIFF MICHAEL DUNN'S MOTION FOR CLARIFICATION OR ALTERNATIVELY, LEAVE TO DEPOSE JOHN J. RYAN**

I, Amit Bhatla, declare as follows:

1. I am more than 18 years of age, am competent to make this declaration, and have personal knowledge of the facts set forth on this declaration.  These statements are true to the best of my knowledge and belief as of the date I sign this declaration.

2. I am an attorney in the law firm of Sidley Austin LLP.  I am licensed to practice law in the District of Columbia, admitted to practice law in the Western District of Louisiana pro hac vice (Dkt. 57), and I represent Plaintiff Michael Dunn in the above-captioned matter.

3. Attached hereto as Exhibit A is a true and correct copy of the parties' email correspondence dated April 9, 2026, through April 23, 2026.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 27, 2026, in Washington, District of Columbia.

*/s/ Amit Bhatla*
Amit Bhatla

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Amit Bhatla*
Amit Bhatla