**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MICHAEL DUNN** | **CIV. A. NO.: 6:21-CV-01535** |
| **VERSUS** | |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **VICTOR FONTENOT, RYAN YOUNG,** | |
| **and CITY OF EUNICE** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MOTION TO ADOPT THE CITY OF EUNICE'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLARIFICATION OR ALTERNATIVELY, LEAVE TO DEPOSE JOHN J. RYAN**

NOW INTO COURT, through undersigned counsel, comes and appears the defendant, Lt. Ryan Young, who, respectfully submits this Motion to Adopt The City of Eunice's Memorandum in Opposition to Plaintiff's Motion for Clarification or Alternatively, Leave to Depose John J. Ryan, and adopts by reference as if copied in extenso the memorandum, arguments, law, and exhibits set forth in The City of Eunice's Memorandum in Opposition to Plaintiff's Motion for Clarification or Alternatively, Leave to Depose John J. Ryan, filed on May 11, 2026, in this matter.

WHEREFORE, Lt. Ryan Young prays that after all due proceedings be had, this Motion to Adopt The City of Eunice's Memorandum in Opposition to Plaintiff's Motion for Clarification or Alternatively, Leave to Depose John J. Ryan be granted.

***\*\*SIGNATURE BLOCK ON THE FOLLOWING PAGE\*\****

Respectfully submitted,

**NEUNERPATE**

*/s/ Spencer R. Chism*
**ROBERT E. TORIAN** (#18468)
(rtorian@neunerpate.com)
**JASON T. REED** (#28733)
(jreed@neunerpate.com)
**SPENCER R. CHISM** (#41697)
(schism@neunerpate.com)
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, LA 70503
Telephone: (337) 237-7000
Facsimile: (337) 233-9450
**Counsel for Defendant, Lt. Ryan Young**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record via the Court's electronic filing system.

New Orleans, Louisiana this 11th day of May, 2026.

*/s/ Spencer R. Chism*
Counsel