**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To:         All Counsel of Record

Issued By:  Judge Robert R. Summerhays

Re:         Dunn v. Fontenot, et al
            Civil Action No. 21-1535

Date:       July 6, 2026

## MINUTE ENTRY

At the conclusion of the oral argument held in this matter this date, the Court permitted the Defendants a period of fourteen days to respond to the slides presented by the Plaintiffs during oral argument. In order to complete the record, counsel for Plaintiffs shall file a copy of the slide presentation into the record.