**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MICHAEL DUNN** | **CASE NO. 6:21-CV-01535** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **RANDY FONTENOT ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The MOTION to Withdraw filed on August 28, 2026 by Michael Dunn was DEFICIENT for the following reason(s):

✓ This document does not have a proper caption. Please refer to Fed.R.Civ.P. 10(a) regarding captions to ensure compliance.

**Within three (3) days of receipt of this notice, please file a "corrective document" addressing the deficiency or deficiencies noted above, or the court may strike the document.** All filing deadlines previously set remain in effect. Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office. **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.