**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| MICHAEL DUNN,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR FONTENOT,<br><br>Defendant. | Civ. A. No.: 6:21-cv-01535<br><br>District Judge Robert R. Summerhays<br><br>Magistrate Judge David J. Ayo |

**MOTION TO WITHDRAW APPEARANCE OF JAMES R. HORNER**

**NOW COMES** James R. Horner, co-counsel of record for Plaintiff Michael Dunn, who respectfully moves this Court for an order allowing him to withdraw himself as co-counsel of record. The undersigned will be leaving his employment at Sidley Austin LLP effective September 4, 2026. Mr. Dunn will continue to be represented by Malcolm C. Lloyd, Charles Andrew Perry, and Nora Ahmed, of the ACLU Foundation of Louisiana and by Sidley Austin LLP attorneys, Francesca E. Brody, Peter J. Mardian, Cassandra Liu, Yu Kyung Kim, Norman M. Hobbie Jr., Alexandra Bieler, Amit Bhatla, and Hector Pagan.

**WHEREFORE,** James R. Horner requests that this Court enter an order permitting him to withdraw as co-counsel of record for Michael Dunn in this proceeding.

Date: September 1, 2026

Respectfully submitted,

By: */s/ Charles Andrew Perry*
Malcolm C. Lloyd (LA Bar No. 41573)
Charles Andrew Perry (LA Bar No. 40906)
Nora Ahmed (*pro hac vice*)
ACLU FOUNDATION OF LOUISIANA
1340 Poydras Street, Suite 2160
New Orleans, Louisiana 70112
Telephone: (504) 522-0628

By: */s/ James R. Horner*
James R. Horner (*pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Fax: (212) 839-5599

*Attorneys for Plaintiff Michael Dunn*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing Motion to Withdraw has been served on all counsel of record by using the CM/ECF system on September 1, 2026

*/s/ James R. Horner*
James R. Horner

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| MICHAEL DUNN,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR FONTENOT,<br><br>Defendant. | Civ. A. No.: 6:21-cv-01535<br><br>District Judge Robert R. Summerhays<br><br>Magistrate Judge David J. Ayo |

**[PROPOSED] ORDER**

Considering the foregoing *Motion to Withdraw Counsel of Record* filed by James R. Horner,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that James R. Horner, is hereby withdrawn as co-counsel of record for the Plaintiff Michael Dunn.

**THUS DONE AND SIGNED** on this the ____ day of __________, 2026.

______________________________________________
**Hon. David J. Ayo**
**United States Magistrate Judge**