**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| MICHAEL DUNN,<br><br>Plaintiff,<br><br>v.<br><br>RANDY FONTENOT, VICTOR FONTENOT, RYAN YOUNG, CITY OF EUNICE, and JOHN DOE,<br><br>Defendants. | Civ. A. No.: 6:21-cv-01535<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE DAVID. J AYO |

**UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE/DEADLINE TO SUBMIT RESPONSE TO THE COURT'S RULE 56(F) NOTICE BY VICTOR FONTENOT, DEFENDANT, WITH CONSENT**

Defendant, VICTOR FONTENOT, moves to modify the briefing schedule/deadline to submit his response to the Court's Rule 56(f) notice, with consent. Defendant herein submits that this motion is unopposed as plaintiff has consented to the relief requested in this motion.

In connection with the Court's Memorandum Ruling (Doc. 331), Your Honor previously issued an Order (Doc. 332) on August 26, 2026 which indicated that "IT IS FURTHER ORDERED THAT Pursuant to Rule 56(f), Plaintiff has thirty (30) days from the date of this ruling to file a response as to why summary judgment should not be granted in favor of the Victor Fontenot. Mr. Fontenot will then have fourteen (14) days to respond to the Plaintiff's filing." Plaintiff, Michael Dunn, filed his "Response to the Court's Rule 56(f) Notice" on September 25, 2026 (Doc. 339). The current deadline for Victor Fontenot, Defendant, to file his Response to the Court's Rule 56(f) Notice (and to the memorandum filed by Mr. Dunn) would be Friday, October 9, 2026.

In accordance with a telephone call with counsel for Plaintiff, Mr. Amit Bhatla, counsel for Victor Fontenot, Defendant herein, informed Mr. Bhatla of his intent to seek approval to modify the briefing schedule for Defendant to respond to the Rule 56(f) Notice, by extending the time to submit Defendant's response to the Court's Order (Doc. 332) from Friday, October 9, 2026 to Monday, October 12, 2026. Counsel for Defendant then submitted an email to Mr. Bhatla and his colleagues which confirmed this request and associated circumstances. (See Exhibit A - Email from counsel for Defendant to Mr. Bhatla and co-counsel, which includes Mr. Bhatla's subsequent response). Counsel for Defendant further informed counsel for Plaintiff that in addition to responding to other time sensitive matters over the last two weeks, counsel for Defendant has conducted eight full-day mediations, along with another mediation which is scheduled to be conducted on October 9, 2026 in Shreveport, Louisiana. Counsel for Defendant is also appearing before the Louisiana Third Circuit Court of Appeal on October 8, 2026 in Crowley, Louisiana for oral argument. In response to the request by counsel for Defendant seeking consent/approval for this motion to modify the briefing schedule for Defendant to submit his response to the Court's Rule 56(f) notice, counsel for Plaintiff gave his consent to Defendant's request. (See Exhibit A).

Accordingly, Defendant respectfully requests that this Court modify the briefing schedule for Defendant to respond to the Rule 56(f) Notice by extending the time to submit Defendant's response to the Court's Order (Doc. 332) from Friday, October 9, 2026 to Monday, October 12, 2026.

| Current | Proposed | Action Required |
|---|---|---|
| October 9, 2026 | October 12, 2026 | Submission of Response to the Court's Rule 56(f) Notice by Victor Fontenot, Defendant |

The Court can modify a scheduling order on a showing of good cause pursuant to Fed. R. Civ. P. 16(b). S&W Enters. v. South Trust Bank, 315 F.3d 533 (5th Cir. 2003). There is good cause to modify the current briefing schedule from Friday, October 9, 2026 to Monday, October 12, 2026 as a result of counsel for Defendant's schedule and scheduling conflicts, as well as due to other demands posed by other pending matters.

Accordingly, it is respectfully submitted that good cause exists for this unopposed motion with consent by opposing counsel to allow for additional time from Friday, October 9, 2026 to Monday, October 12, 2026 for Defendant to submit his response to the Court's Rule 56(f) Notice.

WHEREFORE, Defendant, VICTOR FONTENOT, respectfully requests the Court to modify the briefing schedule to allow for additional time from Friday, October 9, 2026 to Monday, October 12, 2026 for Defendant to submit his response to the Court's Rule 56(f) Notice.

Respectfully submitted,

STAMEY LAW FIRM, L.L.C.
Post Office Drawer 1288
Natchitoches, Louisiana 71458
(318) 352-4559
(318) 352-0071 - facsimile
joe@stameylawfirm.com

BY: */s/ Joseph B. Stamey*
JOSEPH B. STAMEY - #17815
Attorney for Victor Fontenot, Defendant

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| MICHAEL DUNN,<br><br>Plaintiff,<br><br>v.<br><br>RANDY FONTENOT, VICTOR FONTENOT, RYAN YOUNG, CITY OF EUNICE, and JOHN DOE,<br><br>Defendants. | Civ. A. No.: 6:21-cv-01535<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE DAVID. J AYO |

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court and all parties through counsel of record, if represented, and individually if not represented, using the CM/ECF system.

Natchitoches, Louisiana, this 7th day of October, 2026.

*/s/ Joseph B. Stamey*
OF COUNSEL
LSBA #17815
STAMEY LAW FIRM, L.L.C.
Post Office Drawer 1288
Natchitoches, Louisiana 71458
(318) 352-4559
(318) 352-0071 - facsimile
joe@stameylawfirm.com

Attorneys for Victor Fontenot, Defendant