**From:** Bhatla, Amit <abhatla@sidley.com>
**Sent:** Wednesday, October 7, 2026 2:50 PM
**To:** Joe Stamey <joe@stameylawfirm.com>; Liu, Cassandra <cassandra.liu@sidley.com>; Brody, Francesca <fbrody@sidley.com>; Mardian, Peter J. <pmardian@sidley.com>
**Subject:** RE: Dunn v. Fontenot, No. 6:21-cv-01535 - Defendant's response to Court's Order (Doc. 332)

Joe,

Thanks for your email. We consent to your request for an extension of time until Monday, October 12 to respond to the Court's memorandum ruling (ECF No. 332) and Lt. Dunn's response (ECF No. 339).

Best,
Amit

**AMIT BHATLA**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8075
abhatla@sidley.com

**From:** Joe Stamey <joe@stameylawfirm.com>
**Sent:** Wednesday, October 7, 2026 3:28 PM
**To:** Bhatla, Amit <abhatla@sidley.com>; Liu, Cassandra <cassandra.liu@sidley.com>; Brody, Francesca <fbrody@sidley.com>; Mardian, Peter J. <pmardian@sidley.com>
**Subject:** RE: Dunn v. Fontenot, No. 6:21-cv-01535 - Defendant's response to Court's Order (Doc. 332)

Amit, Cassandra, Francesca and Peter:

In accordance with my telephone call with Amit earlier this afternoon, I advised Amit of my intent to ask the Judge to approve a request for an extension of time until Monday, October 12, 2026 (from my current deadline of Friday, October 9), in which to file my client's response to the Court's prior Order (Doc. 332) and your memorandum (Doc. 339). Please advise if this request meets with your approval. In addition to responding to other time sensative matters over the last two weeks, I have conducted eight full-day mediations, along with another one which is scheduled to take place on Friday. I also will be appearing before the Louisiana Third Circuit Court of Appeal tomorrow for oral argument.

Your consideration of this request is appreciated.

-Joe

Joseph B. Stamey
A Professional Law Corporation

Stamey Law Firm, L.L.C.
727 Second Street
P. O. Drawer 1288
Natchitoches, LA 71458-1288
Telephone: (318) 352-4559
Telecopier: (318) 352-0071
email: **joe@stameylawfirm.com**

CONFIDENTIALITY STATEMENT
This electronic message transmission contains information from Joseph B. Stamey, APLC, 727 Second Street, Natchitoches, Louisiana 71458 and is CONFIDENTIAL or PRIVILEGED. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by return email at the address shown or by fax at (318) 352-0071 and destroy this transmission immediately. Thank you.